John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 800017

## NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-11816 | 007-0 | LESLIE A BROWN<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx5969 | 1,509.63 | 76.58 | 0.00 | 76.58 |
| 04-11816 | 006-0 | LESLIE A BROWN<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx8244 | 1,676.86 | 85.06 | 0.00 | 85.06 |
| 04-11841 | 011-0 | RONNIE ARMSTRONG<br>Original Check written to:<br>RMA-RISK MANAGEMENT PURCHASE<br>P O BOX 41448<br>PHILADELPHIA, PA  19101-1448 | x3519 | 703.04 | 33.25 | 0.00 | 33.25 |
| 04-11851 | 003-0 | TERRENCE ANTONY HOLMES<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx3950 | 1,085.39 | 107.48 | 0.00 | 107.48 |
| 04-90354 | 013-0 | ROBERT ADRON LITTLE<br>Original Check written to:<br>RUSK COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxIDED | 0.00 | 116.22 | 0.00 | 116.22 |
| 08-60711 | 005-0 | KEVIN WARREN<br>Original Check written to:<br>VAN ZANDT CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxxxxxxx000) | 8,402.60 | 405.62 | 303.24 | 708.86 |
| 08-90372 | 004-1 | WAYLEN S. HIGHTOWER<br>Original Check written to:<br>LACKS<br>2391 NE LOOP 410 #201<br>SAN ANTONIO, TX  78217 | 5012 | 1.25 | 43.55 | 0.00 | 43.55 |